# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WISCONSIN ELECTRIC POWER COMPANY,**

    **Plaintiff,**

    **v.**                                **Case No. 06-C-0515**

**UNION PACIFIC RAILROAD COMPANY,**

    **Defendant.**

## AMENDED ORDER REGARDING SCHEDULE

Plaintiff Wisconsin Electric Power Company and Defendant Union Pacific Railroad Company have submitted an Amended Joint Stipulation Regarding Schedule. The Court hereby approves this Amended Joint Stipulation and orders that:

1. Supplements to Plaintiff's initial expert reports, if any, shall be served on or before December 7, 2007.

2. Defendant's expert disclosures and reports shall be served on or before February 15, 2008.

3. Plaintiff's rebuttal expert disclosures and reports shall be served on or before March 14, 2008.

4. Discovery, including depositions of expert witnesses, shall be completed by March 28, 2008, unless otherwise agreed by the parties.

5. Dispositive and Daubert motions shall be filed on or before April 4, 2008. Responsive briefs shall be due on May 5, 2008, and reply briefs shall be due on May 23, 2008.

6. The telephonic final pre-trial conference is scheduled for July 28, 2008, at 2:00 P.M. Central Time. The Court will initiate the call.

7. The trial is scheduled to begin on August 11, 2008. Ten days are allotted for the trial.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2007.

                                            BY THE COURT:

                                            s/ Rudolph T. Randa _____
                                            Hon. Rudolph T. Randa
                                            United States District Judge