UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRIC POWER COMPANY,

    Plaintiff,

    v.        Case No. 06-C-0515

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

## PLAINTIFF WISCONSIN ELECTRIC POWER COMPANY'S MOTION TO EXCLUDE TESTIMONY PROVIDED BY DEFENDANT UNION PACIFIC RAILROAD COMPANY'S EXPERT WITNESSES

Plaintiff Wisconsin Electric Power Company ("WEPCO") hereby moves the Court to exclude certain proffered testimony of Defendants' expert witnesses, Mr. Thomas Haley, Mr. Michael Baranowski and Mr. Michael Lenzen. As grounds for this motion, WEPCO avers that such testimony fails to meet the standards of relevancy and reliability applicable to expert testimony under the Federal Rules of Evidence, as interpreted and applied in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) ("*Daubert*") and its progeny. This motion is supported by a brief and the affidavit of Attorney Shannon A. Allen.

Dated at Milwaukee, Wisconsin this 4th day of April 2008.

        **ATTORNEYS FOR PLAINTIFF,**
        **WISCONSIN ELECTRIC POWER COMPANY**

        /s/ Shannon A. Allen
        Matthew W. O'Neill (Bar No. 1019269)
        Shannon A. Allen (Bar No. 1024558)
        FRIEBERT, FINERTY & ST. JOHN, S.C.
        Two Plaza East – Suite 1250
        330 East Kilbourn Avenue
        Milwaukee, Wisconsin 53202
        Tel: (414) 271-0130
        Fax: (414) 272-8191
        E-mail: mwo@ffsj.com
        E-mail: saa@ffsj.com

        Christopher A. Mills
        Frank J. Pergolizzi
        SLOVER & LOFTUS
        1224 Seventeenth Street, N.W.
        Washington, D.C. 20036
        Tel: (202) 347-7170
        Fax: (202) 347-3619
        E-mail: cam@sloverandloftus.com
        E-mail: fjp@sloverandloftus.com

Dated: April 4, 2008