# Christopher A. Mills

| | |
|---|---|
| **From:** | Craig Leff [cleff@ymllc.com] |
| **Sent:** | Thursday, April 03, 2008 2:28 PM |
| **To:** | Christopher A. Mills |
| **Cc:** | Jamie Yeretsky; Michele Hufferd |
| **Subject:** | WEPCO--Documents referenced by Mike Lenzen |
| **Attachments:** | UP-WEN-00079137.TIF |

Chris:

Please find attached the documents you had requested from Mike Lenzen, namely those Mr. Lenzen had mentioned in his deposition.

They have been bates labeled UP-WEN-00079137-79163.

Craig M. Leff
Yeretsky & Maher, L.L.C.
7200 W. 132nd. Street, Suite 330
Overland Park, Kansas 66213
(913) 897-5813
(913) 897-6468 (fax)